AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Dennis J. Lawrence | **JUDGMENT IN A CIVIL CASE** |
| | CASE NUMBER: 04-CV-25 |
| v. | |
| Jo Anne B. Barnhart, Commissioner of Social Security | |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Defendant's motion for Judgment on the Pleadings is granted.


Date: January 19th, 2006                                           RODNEY C. EARLY, CLERK


                                                                    By:   s/Deborah M. Zeeb
                                                                              Deputy Clerk